# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

RASHEED NIFAS,                          : No. 249 WAL 2015
                                        :
       Petitioner            :
                                        : Petition for Allowance of Appeal from
                                        : the Order of the Commonwealth Court
       v.                    :
                                        :
                                        :
JOHN E. WETZEL,                         :
                                        :
       Respondent            :

## ORDER

**PER CURIAM**

     **AND NOW**, this 28th day of October, 2015, the Petition for Allowance of Appeal is **DENIED**.